

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-10-00394-CV

ISABELLA P. CHANCELLOR                                   APPELLANT

V.

JPMORGAN CHASE BANK, N.A.,                              APPELLEES
JPMORGAN CHASE & CO., DAVID
MUNSON, DEBORAH POINTER,
AND WENDY BOOTS

------------

FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant filed a notice of appeal from the trial court's July 27, 2010 "Final Order Of Dismissal Without Prejudice." The trial court subsequently granted appellant's motion to reinstate on November 1, 2010, while it still had plenary jurisdiction over the case. *See* Tex. R. Civ. P. 165a(3).

---

[1]*See* Tex. R. App. P. 47.4.

On November 3, 2010, we informed the parties that it appeared the trial court's granting of appellant's motion to reinstate rendered this appeal moot and that the appeal would be dismissed as moot unless, on or before Monday, November 15, 2010, appellant filed a response showing grounds for continuing the appeal. Appellant responded, agreeing that the appeal should be dismissed as moot.

Accordingly, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: November 18, 2010

2